# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:15-cr- 9 |
| Adam Baker | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Adam Baker ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Beginning about October 2010 and continuing to about January 2014, the defendant and others conspired to manufacture and distribute fifty grams or more of methamphetamine (actual) and five hundred grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance; 21 U.S.C. 846 and 841(a)(1), 841(b)(1)(A). Beginning about October 2010 and continuing to about January 2014, the defendant and others conspired to possess and distribute pseudoephedrine, a Schedule II controlled substance, 21 U.S.C. 846 and 841(c)(2).

Date:   03/03/2015

DEBRA C. POPLIN, CLERK

_Issuing officer's signature_

City and state:   Chattanooga, Tennessee

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ ____, and the person was arrested on _(date)_ 3-10-15 at _(city and state)_ Chattanooga TN . |
| Date: 3-10-15 |
| _Arresting officer's signature_ |
| Paul Salафто __ |
| _Printed name and title_ |