DEFENDANT: Adam Baker
CASE NUMBER: 1:15-cr-00009-003-HSM-CHS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **120 months**. This term of imprisonment should run consecutive to any revocation sentence in the defendant's Roane County, Tennessee General Sessions Court Case Number 178723, and any undischarged term in his Loudon County, Tennessee Criminal Court Case No. 2014-CR-166.

☒ The court makes the following recommendations to the Bureau of Prisons: The court recommends that the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program. The Court will also recommend the defendant receive job training and vocational classes while incarcerated.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　at __ a.m. p.m. on __

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on .
　　☐ as notified by the United States Marshal.
　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  12-2-15  to USP McCreary  at  Pine Knot KY  with a certified copy of this judgment.

JC Holland, Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL